**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Bryan A.G.D., Civ. No. 26-2366 (JWB/EMB)

Petitioner,

v.

Todd Blanche, *Acting Attorney General, United States Department of Justice*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Field Office Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*,

Respondents.

**ORDER ON STIPULATION TO VACATE AND DISMISS**

---

The parties have filed a Stipulation of Dismissal that seeks to vacate the habeas order and judgment issued in this matter and to dismiss the petition without prejudice. (Doc. No. 20). Based on that Stipulation, **IT IS HEREBY ORDERED** that:

1. The July 27, 2026 Order on Petition for Writ of Habeas Corpus (Doc. No. 16) and July 28, 2026 Judgment (Doc. No. 17) are **VACATED**.

2. Petitioner Bryan A.G.D.'s Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: July 31, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge